UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DERECK JACKSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-12401-RCL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

SERVICE ORDER

Pursuant to Rule 4(b) of the Rules Governing Section 2255 cases, the Clerk of this Court is

hereby ordered to serve a copy of the Motion to Vacate, Set Aside, or Correct Sentence by a Person

in Federal Custody upon the office of the United States Attorney.

It is further ordered that the Respondent shall, within 20 days of receipt of this Order, file an

answer (or other responsive pleading) to the Motion to Vacate, Set Aside or Correct Sentence.

SO ORDERED.

Dated at Boston, Massachusetts, this  30th  day of  November    , 2004.


                                     /s/ Reginald C. Lindsay
                                    REGINALD C. LINDSAY
                                    UNITED STATES DISTRICT JUDGE