UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
DERECK JACKSON            )
                          )
         V.               )    CIVIL ACTION NO. 04-12401-RCL
                          )
UNITED STATES OF AMERICA  )
```

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                  By:  /s/ Timothy Q. Feeley
                                          TIMOTHY Q. FEELEY
December 20, 2004                 Assistant U.S. Attorney
                                          (617) 748-3172

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon petitioner, Dereck Jackson, Reg. No. 24039-038, U.S.P. Lewisburg, P.O. Box 1000, Lewisburg, PA 17837, a copy of the foregoing document by first class mail.

                                        /s/ Timothy Q. Feeley
                                        TIMOTHY Q. FEELEY
                                        Assistant U.S. Attorney