From:

Mr. Dereck Jackson
P.O. Box 1000  U.S.P.
Lewisburg, PA 17837

FILED
IN CLERKS OFFICE

2005 MAR -9  P 3:44

U.S. DISTRICT COURT
DISTRICT OF MASS

March 6, 2005

To:

United States District Court
Office of The Clerk
United States CourtHouse
1 CourtHouse Way, Suite 2300
Boston, Ma. 02210

Re: Copys of Information
    on my 2255 motion.

Dear Sir/Maddam I am writing to you seeking information and copys of any response, if any that was made by the goverment on Case #04-12401-RCL. It was ordered by judge Reginald C. Lindsay on November 30th 2004 that the respondent would have 20 days to file an answer or other responsive pleading to my motion. I have not received any answer from either the courts or the respondent after judge Lindsay's order.

I Thank you for your time and speedy reply with this matter.

Sincerly,
Mr. Dereck Jackson