

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

March 10, 2005

Dereck Jackson
Reg. No. 24039-038
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

    Re:   Dereck Jackson v. United States
           Civil Action No. 04-12401

Dear Mr. Jackson:

    I am in receipt of your letter to the court of March 6, 2005 in which you claim that you never received any answer from the government after Judge Lindsay entered his November 20, 2004 scheduling order.

    Frankly, I am at a loss to understand your letter, as you filed on December 27, 2004 Petitioner's Motion For Enlargement Of Time In Which To File A Traverse To Government's Opposition To His 2255 Petition. In your motion you state that you received the government's opposition to your original 2255 motion on December 22, 2004.

    However, in the event you have misplaced the government's opposition memorandum, I am enclosing a copy herein.

                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                  By:   _____
                          TIMOTHY Q. FEELEY
                          Assistant U.S. Attorney

cc:   Lisa Hourihan, Courtroom Clerk