Dereck Jackson #24038-038
F.C.I. Schuykill
P.O. Box 759
Minersville, PA. 17954-0759

04-12401-RCL

FILED
CLERKS OFFICE

2005 SEP 12 P 4:06

U.S. DISTRICT COURT
DISTRICT OF MASS

To:
  Clerk of Court
  1 Courthouse Way, Suite #2300
  Boston, MA 02210

Re: A New Address.

Dear Sir/Maddam I am writing to you to inform you that I have a new address. If there is any new status with my motion that I have in your court, please send all legal documents to my above new address.

Thank you

Sincerely
Mr. Dereck Jackson

Sept. 7, 2005