Mr. Dereck Jackson
F.C.I. Schuylkill. P.O. Box 759
Minersville, PA 17954-0759

To,

United States District Court
Office Of The Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Status on Pending Motion, and
(1) Copy of Docket Entery
Summary Sheet on Case #: 01 CR 10465-001 RCL.

Dear Sir or Maddam I am writing you this letter in hope of learning the latest status on my motion that I have in your court house, along with having a copy of the docket entery of case # 01 CR 10465-001 RCL.

I Thank you, for your time with this matter.

Sincerly,
Mr. Dereck Jackson

cc
Nov 29th 2005