Dereck Jackson
F.C.I Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

FILED
IN CLERKS OFFICE
2006 APR -5 A 10:40
U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
Office Of The Clerk
John Joseph Moakley CourtHouse
1 CourtHouse Way, Suite 2300
Boston, Mass 02210

Re: Status Of My 2255 motion.

Dear Sir, I am writing to you regarding as mention above on the latest status of my motion that I filed to your court on 10-17-2004. I have not been notified on (if) any new status on my case as of late. Could you please send me (if) any new change has happen on my case. Case # 04-CV-12401-RCL

Thank you,

Mr. Dereck Jackson

w/c.
3-28-2006