IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                             FILED
                                          IN CLERKS OFFICE

DERECK JACKSON, PRO SE,      *           2006 JUN -8  P 12: 48
     (Petitioner),           *
                             *              U.S. DISTRICT COURT
                             *              DISTRICT OF MASS
                             *   CIVIL ACTION NO.
                             *   04-12401-RCL
                             *
     - VS -                  *
                             *
                             *
                             *
UNITED STATES OF AMERICA,    *
     (Respondent),           *

*  *  *  *  *  *  *  *  *  *  *
```

## NOTICE OF APPEAL

"Timely" notice is, hereby, formally and appropriately given that your Petitioner ..., acting in a <u>pro se</u> capacity ..., in the above-captioned matter, intends to appeal the judgment entered by this court on May 25th, 2006, and, thereby, dismissing your Petitioner's <u>Pro Se</u> Motion for habeas corpus relief(s), pursuant to and in accordance with 28 U.S.C. § 2255, seeking to vacate, set aside or, otherwise, correct the sentence unlawfully imposed in this instance and his continued custody thereunder.

Respectfully Submitted

/S/ *Derek Jackson*
Derek Jackson, <u>Pro Se</u>
6-2-2006