and by any attorney that wishes to file pleadings in this court. Loc. R. 12(a) and 46(a)(2). An attorney who has not been admitted to the Bar of the First Circuit Court of Appeals must submit an application and fee for admission with the appearance form.

    Dockets, opinions, rules, forms, attorney admission applications, and the court calendar can be obtained from the court's website, www.ca1.uscourts.gov.

    If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

FILED
IN CLERKS OFFICE

2006 JUN 12 P 1: 08

U.S. DISTRICT COURT
DISTRICT OF MASS

Richard Cushing Donovan, Clerk

cc:    Coy Phelps
        Michael J. Sullivan, USA

---

The way I Read this is
1. IT is excessive. (the Fee is $350.00)
2. IT is Duplicitous
there is only one Fee, the Notice Fee is the Filing Fee they are the Same Fee. you Have them as Seperate Fee equaling to $905.00 to File an Appeal

---

\* Effective April 9, 2006, the fee for docketing a case on review, or docketing any other proceeding in a court of appeals increased from $250.00 to $450.00.
The fee for filing a notice of appeal with the district court increased from $255.00 to $455.00.