# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 04-cv-12401

Dereck Jackson, Pro Se

v.

United States of America

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-16

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/8/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 22, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/26/06

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06 - 1962

- 3/06