UNITED STATES DISTRICT COURT FOR

MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 12 P 3: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECK JACKSON (PETITIONER)

v.                                              CASE. NO 06-1962

04-12401-RCL

UNITED STATES OF AMERICA

(RESPONDENT)

PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY

NOW COMES petitioner respectfully requesting to be issued a Certificate Of appealability in order to seek redress from the District Court's judgement.

Jurisdiction of this instant request is invoked pursuant to Tittle 28 USC section 2253, as well as local rule 22.1(b). This request is also timely as it confirms to the time limit specified within the U.S. Court Of Appeals for the First Circuit order, dated 6-28-2006.

Petitioner seeks a certificate of appealability so as to present his valid constitutional claim to the U.S. Court Of Appeal For the First Circuit as he believes that he has meritorious issues which were wrongly decided by the district court. Petitioner further contends that he is more likely to prevail on appeal, thus a certificate of appealability shoulded be issued in this instant

case.

As petitioner's attorney Mr. Leo Sorokin admitted his inability to represented petitioner at the sentencing phase of petitioner's criminal proceeding, this constitute ineffectioness on the part of petitioners counsel, which prejudiced petitioner, and has resulted in a Strickland violation. see Strickland v. Washingtion 466, US 668.

Consequently, Petitioner prays that this court grant his request and issue him a certificate of appealability.

Respectfullt submitted,

*Dehecka Jackson*
24039-038

Dated 7-3-2006

# PROOF OF SERVICE

I certify that on _7-10-2006_ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

Michael J. Sullivan, USA
1 CourtHouse Way, John Joseph Moakley
CourtHouse, Boston 02210

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on _7-3-006_ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Derick Jackson_
Signature

Dated: _7-10-2006_

O:\FORMS\CHKLISTS\Briefs_Appendix\InformalBrief.wpd

REV. 02/95                                    6

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

### In The United States District Court For The

Massachusetts

Dereck Jackson
**Petition/Plantiff**

Case Number: 06-1962

United States
**Respondent(s)/Defendant(s)**

I, Dereck Jackson, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.
   (per-month)
   $35.00 to $40.00   F.C.I. Schulkill P.O. Box 759. Minersvill, Pa 17954-0759

2. If you are NOT PRESENTLY EMPOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

   $35.00 to $40.00

3. Have you ever received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?  YES__  NO x
   b. Rent payments, interest, or dividends?  YES__  NO x
   c. Pensions, annuities, or life insurance payments?  YES__  NO x
   d. Gifts or inheritances?  YES__  NO x
   e. Any form of public assistance?  YES__  NO x
   f. Any other sources?  YES__  NO x

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

N/A

4. Do you own any cash or do you have money in a checking or savings account?

   YES____        NO  X        (Including any funds in prison accounts)

   If the answer is yes, state the total value owned.
   N/A

5. Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?

   YES____        NO X

   If the answer is yes, describe the property and state its approximate value.
   N/A

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   2 Childern (Boys) My sons. $10.00 each son.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   N/A

8. State any special financial circumstances which the court should consider in this application.  I am presently incarserated, and I am unable to any court fees.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the forgoing is true and correct.

Signed this  10th  day of  July , 2006 .

_Derick Jackson_
(Signature)