Dereck Jackson
#24039-038
F.C.I. Schuylkill
P.O. Box 759
Minersville, PA 17954-0759



Case #04-CR-12401-RCL

United States District Court
  Office of The Clerk
United States CourtHouse
1 CourtHouse Way, Suite 2300
  Boston, Mass. 02210

Re: Status on Request For C.O.A./
Copy of docket entry on case #
04-CR-12401-RCL.

To whom it may concern I am requesting for a copy of the docket entry on the above case # as mention.

I have also filed a request in your court on 7-24-2006 and 8-23-2006, which was directed to me by the U.S. Court of Appeal For The First Circuit that I request for a certificate of appealability to your court. I have yet to hear from your court on my request that I made on 7-24-2006 and 8-23-2006. I am again making a request for (1) the Certification of Appealability, (2) for a copy of the docket entry on case # 04-CR-12401-RCL.

Thank you,

Mr. Derick Jackson

C.C.
9-11-2006