THE UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 OCT 13 P 4:13
DISTRICT OF MASS

DERECK JACKSON, pro se

-vs-

Case # 04-CR-12401-RCL

UNITED STATES OF AMERICA
(Respondent)

## Motion Requesting For Certificate Of Appealability

Now Comes, the movant in the above name acting in a pro se capacity, into and before this most Honorable Court requesting for a (C.O.A) Certificate of Appealability, as it was order by the U.S. Court of Appeals For The First Circuit on 6-28-2006 that petitioner do.

Respectfully Submitted,
Dereck Jackson

CC.
10-9-2006