```
                                              FILED
                                         IN CLERKS OFFICE

         CHANGE OF ADDRESS NOTIFICATION   2007 JUL -9  P 12: 08

   Re: New Address                          U.S. DISTRICT COURT
                                            DISTRICT OF MASS.
```

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME **Dereck Jackson**

NUMBER AND STREET **U.S. Penitentiary Coleman #1**
**P.O. Box 1033    Coleman, FL 33521**

CITY **Coleman**   STATE **FL**   ZIP CODE **33521**

TELEPHONE No. ___ - ___ - ___

PRISON **United States Penitentiary Coleman #1** (if applicable)

PRISONER'S REGISTRATION No. **24039-038** (if applicable)

EFFECTIVE **6-20-2007**          *Dereck Ja___*
        (DATE)                   PRO SE SIGNATURE

United States District Court of
Massachusetts

Case # 1:04-CV-12401

# CERTIFICATE OF SERVICE

FILED
IN CLERKS OFFICE

I, <u>Dereck Jackson</u>, pro se, do hereby certify under

2007 JUL -9 P 12: 08

the penalty of perjury (28 USC § 1746) that I have served a true

U.S. DISTRICT COURT
DISTRICT OF MASS.

and correct copy of the following document(s):

Change of Address Notification

which, pursuant to <u>Houston v. Lack</u>, 487 U.S. 266, 101 L.Ed. 2d 245, 108 S.Ct. 2379 (1988), is deemed filed at the time it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I address it to: United States District Court
Office Of The Clerk
United States CourtHouse
1 CourtHouse Way, Suite #2300
Boston, Mass. 02210

Case # 1:04-CV-12401

and deposited said envelope in the United States Postal Service via the legal mailbox here at the United States Penitentiary-- COLEMAN, FLORIDA. 33521-1033

Reg. No. _____
U.S. Penitentiary-1
P.O. Box 1033
COLEMAN, FLORIDA. 33521-1033